# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| **United Fire & Casualty Company** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No. 4:12-cv-00550 CEJ |
| **United States of America,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

On March 23, 2012, the above styled cause was inadvertently assigned a case number for the Eastern Division of the Eastern District of Missouri. Upon closer examination, it has been determined that the case should have been filed as a Northern Division case. Therefore, a Northern Division case number must be drawn and a judge assigned.

**IT IS HEREBY ORDERED** that this case has been randomly assigned to the Honorable Nannette A. Baker, U.S. Magistrate Judge.

Dated this 26th day of March, 2012.

                                                       JAMES G. WOODWARD
                                                      CLERK OF COURT

                                                      By: /s/ Karen Moore
                                                      Deputy Clerk

**In all future documents filed with the Court, please use the following case number:
2:12cv23 NAB.**